Certificate Number: 12459-CT-CC-014437983

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
12459-CT-CC-014437983

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 5, 2011, at 3:17 o'clock PM PDT, Lester Tuller received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Connecticut, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: April 5, 2011               By:   /s/Laura M Ahart

                                  Name:  Laura M Ahart

                                  Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).